# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2426

_____

John C. Nimmer

*Plaintiff - Appellant*

v.

Hon. Michael G. Heavican, Chief Justice of the Nebraska Supreme Court in his official capacity; Hon. Stephanie F. Stacy, Justice of the Nebraska Supreme Court in her official capacity; Hon. Lindsey Miller-Lerman, Justice of the Nebraska Supreme Court in her official capacity; Hon. William Cassel, Justice of the Nebraska Supreme Court in his official capacity; Jonathan J. Papik, Justice of the Nebraska Supreme Court in his official capacity; Hon. Jeffrey J. Funk, Justice of the Nebraska Supreme Court in his official capacity; Hon. John R. Freudenberg, Justice of the Nebraska Supreme Court in his official capacity; Mark Alan Weber, Counsel for Discipline of the Nebraska Supreme Court, in his official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: April 23, 2020
Filed: May 1, 2020
[Unpublished]

_____

Before COLLOTON, BEAM, and KOBES, Circuit Judges.

_____

PER CURIAM.

John Nimmer appeals the district court's[1] dismissal of his action under 42 U.S.C. § 1983 asserting claims related to Nebraska attorney disciplinary proceedings. Upon careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Newcombe v. United States, 933 F.3d 915, 917 (8th Cir. 2019) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.